JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cv-04885-SB-RAO |
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** |
| v. | |
| ONE BERGARA RIFLE, AND ANY ATTACHMENTS THERETO; ONE WINCHESTER RIFLE, AND ANY ATTACHMENTS THERETO; ONE GLOCK PISTOL, AND ANY ATTACHMENTS THERETO; ONE GLOCK 26 HANDGUN, AND ANY ATTACHMENTS THERETO; ONE WALTHER HANDGUN, AND ANY ATTACHMENTS THERETO; ONE GLOCK 19X HANDGUN, AND ANY ATTACHMENTS THERETO; ONE MOSSBERG 464 RIFLE, AND ANY ATTACHMENTS THERETO; ONE MOSSBERG 500 SHOTGUN, AND ANY ATTACHMENTS THERETO; ONE BROWNING RIFLE, AND ANY ATTACHMENTS THERETO; TWO COLT RIFLES, AND ANY ATTACHMENTS THERETO; AND ONE STAG ARMS RIFLE, AND ANY ATTACHMENTS THERETO, | |
| Defendants. | |
| BENJAMIN JONG REN HUNG, | |
| Claimant. | |

Pursuant to the stipulation and request of Plaintiff UNITED STATES OF AMERICA ("the Government") and Claimant BENJAMIN JONG REN HUNG ("Claimant" and collectively with the Government, the "parties"), the Court hereby enters this Consent Judgment of Forfeiture containing the terms set forth below:

On May 29, 2025, the Government filed a complaint in this *in rem* forfeiture action against the defendants.

On August 29, 2025, Claimant filed a claim to the defendants, but has not filed an answer to the Complaint. Dkt. No. 13. But for the parties' settlement of this action, Claimant would have filed an answer to the Complaint.

Except for the claim filed by Claimant, no claims to any of the defendants or answers to the Complaint have been filed, and the time for filing claims and answers has expired.

The parties have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the parties to this judgment and the subject matter of this action.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 924(d)(1) and 26 U.S.C. §§ 5872 and 7302.

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person other than Claimant. The Court deems that all other potential claimants admit the allegations of the Complaint for forfeiture to be true.

4. The Government shall have judgment as to the interests of Claimant and all other potential claimants as to the defendants (except for certain parts of the defendants

the Government will return, as described below), which defendants are hereby condemned and forfeited to the Government. The Government shall dispose of those defendants in accordance with law.

5. The Government shall return the following portions of the defendants (collectively, the "Returned Attachments"):

    a. One scope and one bipod, which law enforcement officers found affixed to one Bergara Rifle referred to in paragraph 5.a. of the Complaint for Forfeiture;

    b. One magazine related to one Winchester Rifle referred to in paragraph 5.b. of the Complaint for Forfeiture; and

    c. One flashlight, which law enforcement officers found affixed to One Glock Pistol referred to in paragraph 5.c. of the Complaint for Forfeiture;

The Government shall return the Returned Attachments by making them available for pickup by Claimant's representative, Celia Hung, at a location identified in writing by the Government. In order to arrange for the pickup of the Returned Attachments, the Government can contact Claimant's attorney of record in this action via email or otherwise.

6. Claimant waives any argument that his interpretation of his plea agreement in the criminal case for which Claimant was indicted, as it relates to firearms attachments, is precedential.

7. Claimant hereby releases the Government, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of Investigation and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any

petitions for remission, which Claimant hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Claimant, whether pursuant to statute or otherwise.

    8.    The Court finds there was reasonable cause for the seizure of the defendants and initiation of these proceedings.

    9.    Each of the parties shall bear its own attorney's fees and costs.

    10.    The Government and Claimant consent to entry of this judgment and waive any right to appeal.

October 8, 2025  
DATE  HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

4